# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131905(59)

STELLA SIDUN,
      Plaintiff-Appellant,

v

WAYNE COUNTY TREASURER,
      Defendant-Appellee.

SC: 131905
COA: 264581
Court of Claims: 04-000240-MT

_____

On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing its brief on appeal is considered and it is GRANTED. The motion for temporary admission of Deepak Gupta is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2008

Clerk